IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03266-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: February 11, 2020 | Courtroom Deputy: Monique Ortiz |

<u>*Parties:*</u>                                                    <u>*Counsel:*</u>

MARSH USA, INC.                                       Darren Nadel
                                                                     Thomas Carroll
    Plaintiff,

v.

COBBS ALLEN CAPITAL, LLC                  Howard Kaplan
                                                                     William Ojile Jr.
    Defendant.                                       Nicholas Dowd

---

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court on Defendant's Motion to Stay Proceedings Pending Arbitration Between Plaintiff Marsh USA INC. and Michael Rice and Memorandum In Support [Doc. No. 20, filed 1/9/2020].

Arguments by counsel.

Statements by the Court.

**1:58 p.m.     Court in recess**
**2:04 p.m.     Court in session**

For the reasons as stated on the record it is,

**ORDERED:**          Defendant's Motion to Stay Proceedings Pending Arbitration Between
                                Plaintiff Marsh USA INC. and Michael Rice and Memorandum In

Support [Doc. No. 20] is **DENIED**.

A Scheduling Conference is set for **March 9, 2020 at 10:30 a.m.** before Magistrate Judge Varholak in courtroom A402. Parties may appear telephonically by contacting the Court at (303) 335-2365 at the scheduled date and time. Parties shall file the Propsoed Scheduling Order **on or before March 2, 2020.**


HEARING CONCLUDED.
**Court in recess: 2:17 p.m.**
Time In Court: 00:40

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.