

William Ojile
Direct **T** 303.575.4000
bojile@armstrongteasdale.com

October 14, 2019

*Via Email*: dnadel@littler.com

Darren E. Nadel
Littler Mendelson, P.C.
1900 Sixteenth St., Suite 800
Denver, CO  80202

**Re:**     **Cobbs Allen and CAC Specialty**

Dear Mr. Nadel:

We represent Cobbs Allen and CAC Specialty.  I am following up on your October 11, 2019 correspondence to Bruce Denson, Jr.  Please direct all future communication to my attention.

This correspondence will acknowledge receipt of your demand to preserve documents and information.  The former Marsh/JLT employees who have joined CAC Specialty were instructed to comply with their obligations to their former employer, and to the knowledge of CAC Specialty have in fact complied with those obligations.  If you have concerns to the contrary, I am happy to discuss those at your convenience.

In confirming its understanding of the compliance of former Marsh/JLT employees with the terms of their respective agreements, CAC Specialty does not waive any arguments as to the enforceability of those agreements'.

Sincerely,

*[signature]*

William M. Ojile, Jr.

WO:

ARMSTRONG TEASDALE LLP   |   4643 SOUTH ULSTER STREET, SUITE 800, DENVER, CO 80237  **T** 720.200.0676  **F** 720.200.0679    ArmstrongTeasdale.com

EXHIBIT 1