**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03266-RM-STV

MARSH USA INC., a Delaware corporation,

     Plaintiff,

v.

COBBS ALLEN CAPITAL, LLC, a Delaware limited liability company,

     Defendant.

---

**STIPULATION FOR EXTENSION OF TIME TO ANSWER FIRST SET OF
INTERROGATORIES**

---

Plaintiff Marsh USA Inc. ("Marsh") and Defendant Cobbs Allen Capital, LLC ("Cobbs

Allen") hereby stipulate to a 14-day extension of time for Marsh to respond to Cobbs Allen's

first set of interrogatories in accordance with D.C.COLO.LCivR 6.1(a), and state as follows:

1.     Cobbs Allen served Marsh with a first set of interrogatories on February 25, 2020.

Marsh is therefore required to serve answers by March 26, 2020. Fed. R. Civ. P. 6, 33.

2.     Marsh and Cobbs Allen stipulate to a 14-day extension for Marsh to answer the

interrogatories, up to and including April 9, 2020.

3.     As required by D.C.COLO.LCivR 6.1(c), undersigned counsel will serve a copy

of this stipulation on their clients.

Respectfully submitted this 26th day of March, 2020.

                              *s/ Thomas W. Carroll*_____
                              Darren E. Nadel
                              Thomas W. Carroll
                              Tommy Postek

Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
303-629-6200
303-629-0200 (f)
dnadel@littler.com
tcarroll@littler.com
tpostek@littler.com

Derek S. Hecht
Littler Mendelson, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
949-705-3000
949-724-1201 (f)
dhecht@littler.com

*Attorneys for Plaintiff*

*s/ Nicholas William Dowd*
Howard M. Kaplan
Mark William Premo-Hopkins
Michael Slade
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-3807
312-862-2200 (f)
howard.kaplan@kirkland.com
mark.premohopkins@kirkland.com
mslade@kirkland.com

Nicholas William Dowd
William M. Ojile, Jr.
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237
303-575-4003
720-200-0679
ndowd@armstrongteasdale.com
bojile@armstrongteasdale.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2020, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER FIRST SET OF INTERROGATORIES** was filed and served via CM/ECF, which will send notice to the following:

Howard M. Kaplan
Mark William Premo-Hopkins
Michael Slade
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: 312-862-3807
Fax: 312-862-2200
Email: howard.kaplan@kirkland.com
        mark.premohopkins@kirkland.com
        mslade@kirkland.com

Nicholas William Dowd
William M. Ojile, Jr.
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237
Phone: 303-575-4003
Fax: 720-200-0679
Email: ndowd@armstrongteasdale.com
        bojile@armstrongteasdale.com

*Attorneys for Defendant*

*s/ Thomas W. Carroll*
Thomas W. Carroll